Tyrone WASHINGTON, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 495, 2016

Supreme Court of Delaware.

Submitted: May 26, 2017
Decided: July 20, 2017
Rehearing En Banc Denied
August 2, 2017

Court Below—Superior Court of the
State of Delaware, Cr. ID No. 9909013061
(S)

AFFIRMED.

Julius A. STINSON, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 199, 2017

Supreme Court of Delaware.

Submitted: May 31, 2017
Decided: July 21, 2017

Court Below—Superior Court of the
State of Delaware, Cr. ID No. 1311006236
(N)

AFFIRMED.

Leroy SHELLEY, Petitioner
Below, Appellant,

v.

STATE of Delaware, Respondent
Below, Appellee.

No. 189, 2017

Supreme Court of Delaware.

Submitted: July 7, 2017 [1]
Decided: July 21, 2017

Court Below: Superior Court of the
State of Delaware, C.A. No. N17M–04–251
(N)

GRANTED. AFFIRMED.

TRACKER MARINE, L.L.C., d/b/a
Tracker Marine Group and TMBC,
L.L.C. d/b/a Tracker Marine Boat
Center, LLC, Plaintiffs Below, Appellants,

v.

Daniel PENA, Defendant
Below, Appellee.

No. 262, 2017

Supreme Court of Delaware.

Submitted: July 17, 2017
Decided: July 24, 2017

Court Below—Court of Chancery of the
State of Delaware, C.A. No. 2017–350

REFUSED.

1.  The motion to affirm was filed on May 25, 2017, but the record was filed on July 7, 2017.